**JOSEPH E. THAGGARD**
**JEFFREY K. STARNES**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, Montana 59626**
**Phone:   (406) 457-5120**
**FAX:    (406) 457-5130**
**E-mail:    Joseph.Thaggard@usdoj.gov**
**            Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **MARTIN REAP,** <br><br> Defendants. | **CR 16-07-H-SEH** <br><br><br> **PETITION FOR WRIT OF HABEAS CORPUS (For testimony)** |

The United States of America, represented by Assistant United States Attorney Joseph E. Thaggard, petitions the Court to issue a Writ of Habeas Corpus directing the Warden of Montana State Prison in Deer Lodge, Montana and Darrell Bell, United States Marshal for the District of Montana, to bring the following

1

individuals before the Court at the following time and place:

**Robert Rickman**

**Sundance Hernandez**

**James Whiteaker**

**Chris Hoyt**

**Richie Ayers**

**Elijah RidesHorse**

at 8:45 a.m. on June 28, 2016

United States District Court

Helena, Montana

The presence of:

**Robert Rickman**

**Sundance Hernandez**

**James Whiteaker**

**Chris Hoyt**

**Richie Ayers**

**Elijah RidesHorse**

is needed for trial testimony in *U.S. v. Martin Reap*, CR-16-07-H-SEH, scheduled to begin June 28, 2016.

Robert Rickman is in the Montana State Prison in Deer Lodge, Montana, and therefore cannot appear before this Court unless this Writ is issued.

Respectfully submitted this 25th day of May, 2016.

MICHAEL W. COTTER
United States Attorney


*/s/ Joseph E. Thaggard*
Assistant U.S. Attorney
Attorney for Plaintiff