# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN REAP,<br><br>Defendant. | CR 16-07-H-SEH<br><br><br><br>**WRIT OF HABEAS CORPUS** (For Testimony) |

To:  United States Marshal, District of Montana and the Warden of Montana State Prison

YOU ARE HEREBY COMMANDED, to bring Robert Rickman who is presently in your custody, before the Honorable Sam E. Haddon, United States District Judge of the United States District Court for the State and District of Montana, at the courtroom of the United States District Court, Helena, Montana at 8:45 a.m. on June 28, 2016, for such purposes as the court may determine, and upon conclusion of all proceedings, Robert Rickman shall be returned to the custody of the Warden of Montana State Prison.

WITNESS the Honorable Sam E. Haddon

United States District Judge at Helena, Montana this _____ day of May, 2016.

Tyler P. Gilman, Clerk

Clerk

Deputy Clerk